**Opinion issued July 18, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00645-CV**

———————————

**FIRST CHAPEL DEVELOPMENT, LLC AND DENNIS R. BAILEY,**
**Appellants/Cross-Appellees**

**V.**

**RECLAMATION AMERICAN GROUP CORPORATION, AS SUCCESSOR**
**IN INTEREST TO 1776 AMERICAN PROPERTIES VI, LLC,**
**Appellee/Cross-Appellant**

———————————————————

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-56211**

———————————————————

**MEMORANDUM OPINION**

After our October 31, 2023 opinion and judgment granted voluntary dismissal of this appeal, the parties filed an agreed motion for voluntary dismissal of a cross-appeal. To clarify that the appeal is dismissed in its entirety, including all cross-appeals, we withdraw our previous opinion and judgment of October 31, 2023 and

issue the following opinion in its stead. *See* TEX. R. APP. P. 42.1(c) ("In dismissing a proceeding, the appellate court will determine whether to withdraw any opinion it has already issued.").

On August 31, 2023, First Chapel Development, LLC and Dennis R. Baily filed a notice of appeal seeking to appeal the trial court's interlocutory order signed on August 11, 2023 denying their motion to compel arbitration. On September 18, 2023, First Chapel Development, LLC and Dennis R. Baily filed a motion for voluntary dismissal of their appeal. More than ten days elapsed since the filing of the motion, and no party objected to dismissal. *See* TEX. R. APP. P. 10.3(a).

On September 15, 2023, Reclamation American Group Corporation filed a notice of appeal seeking to appeal the trial court's interlocutory order signed on September 12, 2023 vacating the August 11, 2023 order and compelling arbitration. On December 11, 2023, the parties filed an agreed motion to voluntarily dismiss the appeal filed by Reclamation American Group Corporation.

We grant both the motion for voluntary dismissal filed by First Chapel Development, LLC and Dennis R. Baily on September 18, 2023, and the agreed motion for voluntary dismissal filed by the parties on December 11, 2023. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, this appeal is dismissed in its entirety, including all cross-appeals. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris